EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2022 TSPR 36 |
| Nydmilia Rodríguez Olmeda | 208 DPR |
| | |

Número del Caso: TS-14,794


Fecha: 30 de marzo de 2022


Abogada de la Sra. Nydmilia Rodríguez Olmeda:

    Lcda. Daisy Calcaño López


Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Nydmilia Rodríguez Olmeda                    TS-14,794

RESOLUCIÓN

En San Juan, Puerto Rico a 30 de marzo de 2022.

Luego de examinar la moción por derecho propio presentada el 23 de marzo de 2022 por la Sra. Nydmilia Rodríguez Olmeda, las mociones presentadas el 24 y 25 de marzo de 2022 por el Cuerpo de Procuradores del Colegio de Abogados y Abogadas de Puerto Rico, en representación de ésta, y la *Certificación* emitida el 25 de marzo de 2022 por el Programa de Educación Jurídica Continua, se autoriza la reinstalación de la Lcda. Nydmilia Rodríguez Olmeda únicamente al ejercicio de la abogacía, según solicitado.

Se le apercibe que en lo sucesivo deberá dar fiel cumplimiento a los deberes impuestos por el Código de Ética Profesional, 4 LPRA Ap. IX, así como atender diligentemente los señalamientos y requerimientos de este Tribunal y del Programa de Educación Jurídica Continua.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo